UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TYRONE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-01210-RLY-DML |
| | ) | |
| YRC, INC. d/b/a YRC YELLOW FREIGHT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

The court, having granted the Defendant's Motion for Summary Judgment, now enters final judgment in its favor, and against the Plaintiff, Tyrone Miller.

**SO ORDERED** this 21st day of April 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1